# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| McQUEL D. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-09-0615-F |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff McQuel D. Smith brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the defendant Commissioner's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act.

Magistrate Judge Bana Roberts issued a Report and Recommendation on January 28, 2010 (doc. no. 15), recommending that the Commissioner's decision be affirmed. Plaintiff has filed an objection asking the court to reject the recommendations of the magistrate judge and reverse the Commissioner's decision, or, alternatively, to remand this case under sentence 4 for further review. (Objection, doc. no. 16.)

Having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here. The court rejects the plaintiff's objections to the Report and finds that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Roberts as stated in her Report and

Recommendation. The decision of the Commissioner denying benefits is **AFFIRMED**.

Dated this 5th day of March, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0615p002.wpd